# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**SHARON L. ROGERS**                                                                 **PLAINTIFF**

**v.**                          **Case No. 1:19-cv-00041-LPR**

**DEPARTMENT OF VETERANS AFFAIRS**                                 **DEFENDANT**
*USA*

## JUDGMENT

In accordance with the Opinion that was entered in this case on January 29, 2021, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Department of Veterans Affairs.

IT IS SO ADJUDGED this 29th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT